# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ismahan M., | Civ. No. 26-42 (PAM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, Peter Berg, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Executive Office for Immigration Review, Sirce Owen, and Joel Brott, | |
| Respondents. | |

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Ismahan M. (Docket No. 1), by no later than **January 13, 2026,** certifying the true cause and proper duration of Ismahan M.'s confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration of Ismahan M.'s detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining whether Ismahan M. has been granted a bond hearing and Respondents' legal position on Ismahan M.'s claims; and

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3. If Ismahan M. intends to file a reply to Respondents' answer, she must do so by no later than **January 16, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 9, 2026
                                                *s/ Paul A. Magnuson*
                                                Paul A. Magnuson
                                                United States District Court Judge