## UNITED STATES DISTRICT COURT
### District of Minnesota

| | |
|---|---|
| Ismahan Mohamud, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| v. | Case Number: 26cv42 PAM/DTS |
| Pamela Bondi, Kristi Noem, Todd M. Lyons, Peter Berg, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Executive Office of Immigration Review, Sirce Owen, Joel Brott, | |
| Respondents | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**; and
2. This action is **DISMISSED without prejudice**.

Date:   1/17/26                                                                                      KATE M. FOGARTY, CLERK